### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

Gloria Donohue,
    Plaintiff,　　　　　　　　　　　　　Case No.: 8:22-cv-01777-SDM-TGW

vs.

Life Insurance Compnay of North America,
    Defendant.

### NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, by and through his undersigned attorney, and hereby files this Notice of Settlement, advising the Court that this matter has settled in its entirety and a Notice of Voluntary Dismissal will be forthcoming.

Dated: December 14, 2022

                                        */s/ Nancy L. Cavey*
                                        Nancy L. Cavey, Esquire
                                        Law Offices of Nancy L. Cavey
                                        P.O. Box 7539
                                        St. Petersburg FL  33734-7539

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronically filing to the following: Steve Lehner @slehner@hinshawlaw.com.

                                        */s/ Nancy L. Cavey*
                                        Nancy L. Cavey, Esquire
                                        Law Offices of Nancy L. Cavey
                                        P.O. Box 7539
                                        St. Petersburg FL  33734-7539
                                        (727) 894-3188
                                        Florida Bar No.: 300934